1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY ROWENS** | Case No. CIV-09-163 GGH |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 13, 2009, to January 5, 2010.   This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2  Dated: November 12, 2009           */s/Bess M. Brewer*
                                     BESS M. BREWER
3                                    Attorney at Law

4                                    Attorney for Plaintiff

5

6
   Dated: November 13, 2009          Lawrence G. Brown
7
                                     United States Attorney
8
                                     /s/ *Elizabeth Firer*
9                                    ELIZABETH FIRER

                                     Special Assistant U.S. Attorney
10                                   Social Security Administration

11                                   Attorney for Defendant

12

13                                   **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED: November 19, 2009         /s/ Gregory G. Hollows

16                                   ─────────────────────────
                                     GREGORY G. HOLLOWS
17                                   U.S. MAGISTRATE JUDGE
    rowens.eot2
18

19

20

21

22

23

24

25

26

27

28

2